**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---:|
| Case No. 8:24-cv-00925-KES | Date: August 13, 2024 |

Title:  Ameris Bank v. Quality Towing Service, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
| None Present | None Present |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants** |

    Plaintiff Ameris Bank ("Plaintiff") filed this action on April 30, 2024.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on July 29, 2024, Plaintiff has not filed any proof of service as of the date of this order.

    IT IS THEREFORE ORDERED that, **on or before August 20, 2024**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant(s).

Initials of Deputy Clerk JD
